ACCEPTED
12-13-00368-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/9/2015 1:30:28 PM
Pam Estes
CLERK

# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/9/2015 1:30:28 PM
PAM ESTES
Clerk

November 9, 2015

Twelfth Court of Appeals
Attn: Cathy Lusk, Clerk
1517 West Front Street
Suite 354
Tyler, Texas 75702

> **RE:** *State of Texas v. Fernando Saucedo*
> **Appeal Number:** 12-13-00368-CR
> **Trial Court Number:** 114-1144-13
> **Smith County, Texas**

Dear Ms. Lusk:

In accordance with Rule 48.4, I certify that, I sent a copy of this Court's Opinion to Fernando Saucedo at his last known address. The attached copy of the green certified return receipt card is enclosed. This opinion was sent using certified mail.

If you have any questions, please feel free to contact me at any time.

Sincerely,

James W. Huggler, Jr.

JWH:ag

Enclosure: Return Receipt Card

CC: Michael West
Smith County District Attorney's Office

Client

First Place Building • 100 East Ferguson, Suite 805 • Tyler, Texas 75702
903-593-2400 • www.hugglerlaw.com • Fax 903-593-3830

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7013 2630 0000 4405 3538

Sent To
Fernando Saucedo, TDCJ# 01899582
Street, Apt. No.; or PO Box No.
P.O. Box 9000
City, State, ZIP+4
Henderson, TX 75653

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fernando Saucedo
TDCJ # 01899582
P.O. Box 9000
Henderson, TX
75653

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
B. Pate                          11-5-15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7013 2630 0000 4405 3538

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540